# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GLENN,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR SEASONS APARTMENTS, LLC, and Does 1-10 inclusive,<br><br>    Defendants. | Case: 8:14-CV-01027-AG-RNB<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 08, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal        Case: 8:14-CV-01027-AG-RNB